IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF COMMERCE, DUNCAN, OKLAHOMA, | ) ) ) | |
| Plaintiff, | ) ) ) | 4:11-cv-3169 |
| v. | ) ) | |
| KATHLEEN M. CHENAULT, SUCCESSOR TRUSTEE OF THE JAMES M. CHENAULT TRUST; KATHLEEN M. CHENAULT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES M. CHENAULT, DECEASED; KATHLEEN M. CHENAULT, SUCCESSOR TRUSTEE OF THE DONNA J. CHENAULT TRUST; KATHLEEN M. CHENAULT, SUCCESSOR TRUSTEE OF THE MARJORIE M. CASH REVOCABLE TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

(1) On or before March 19, 2012, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) The plaintiff's motion for summary judgment is held in abeyance until March 19, 2012, pending filing of the above-referenced stipulation.

(4) The clerk of the court shall set a case management deadline of March 20, 2012,

DATED this 10th day of February, 2012.

                                                BY THE COURT:

                                                *s/ John M. Gerrard*
                                                United States District Judge